

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00326-CR

| | | |
|---|---|---|
| Ex parte Damien Lashaun Mims | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (C0012202-1770591) |
| | § | February 27, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr